839 A.2d 182

In re Richard K. McCARTHY, District Justice in and for Magisterial District 05–04–01, Allegheny County.

Appeal of: Richard K. McCarthy.

Supreme Court of Pennsylvania.

Dec. 23, 2003.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of December, 2003, the order of the Court of Judicial Discipline is AFFIRMED.